1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | | |
|---|---|---|
| 11 | RAYMOND A. LAPOINTE and BARBARA J. LAPOINTE, Husband and Wife, | ) ) | NO. |
| 12 | | ) | |
| 13 | Plaintiffs, | ) ) | **NOTICE OF REMOVAL** |
| 14 | vs. | ) ) | |
| 15 | 3M COMPANY, a Delaware corporation, a/k/a MINNESOTA MINING & MANUFACTURING | ) ) | **(28 U.S.C.§1446(A))** |
| 16 | COMPANY, AMERICAN CYANAMID COMPANY, n/k/a WYETH HOLDINGS | ) | |

RAYMOND A. LAPOINTE and BARBARA J.          )          NO.
LAPOINTE, Husband and Wife,                              )

              Plaintiffs,                                          )          **NOTICE OF REMOVAL**
                                                                      )
       vs.                                                         )
                                                                      )
3M COMPANY, a Delaware corporation, a/k/a     )          **(28 U.S.C.§1446(A))**
MINNESOTA MINING & MANUFACTURING )
COMPANY, AMERICAN CYANAMID                    )
COMPANY, n/k/a WYETH HOLDINGS
CORPORATION; THE BOEING COMPANY;
BRIDGESTONE/FIRESTONE, INC., individually
and as successors in interest to Firestone Tire &
Rubber Co.; DEXTER HYSOL AEROSPACE,
LLC; HEXCEL CORPORATION, f/k/a Heath
Tecna f/k/a Ciba-Geigy; HUNTSMAN
INTERNATIONAL, LLC; METALCLAD
INSULATION LLC; METROPOLITAN LIFE
INSURANCE COMPANY, a New York
corporation, a wholly-owned subsidiary of
METLIFE INC.; OWENS-ILLINOIS, INC.;
SABERHAGEN HOLDINGS, INC. and UNION
CARBIDE CORPORATION,

              Defendants.

TO:          THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF

NOTICE OF REMOVAL                    Page 1          **Foley & Mansfield, PLLP**
                                                                       999 Third Avenue
                                                                       Suite 3760
                                                                       Seattle, WA 98104
                                                                       Telephone:  (206) 456-5360

WASHINGTON AT TACOMA

1.      The Boeing Company ("Boeing") is a defendant in this civil action, originally filed in Pierce County on January 26, 2018. Pursuant to provisions 28 U.S.C. §§ 1441 and 1446, all of the defendants consent to remove this action to the United States District Court for the Western District of Washington at Tacoma, which is the federal jurisdiction in which the action is pending.

2.      The signed consents of all defendants are below, other than Saberhagen Holdings, Inc. (dismissed), Owens-Illinois, Inc. (dismissed) and 3M Company and Bridgestone Firestone which have resolved their cases with the Plaintiffs and are in the process of finalizing their dismissals.

3.      The grounds for removal of this action are as follows:

a.      On January 26, 2018, Plaintiffs LaPointe filed a "Complaint for Personal Injury" in the Superior Court of the State of Washington, Pierce County, under Cause No. 18-2-05119-9.

b.      No defendant in this matter is incorporated in Washington State.

i.   Defendant American Cyanamid Company is incorporated in Maine

ii.  Defendant BASF Corporation is incorporated in Delaware.

iii. Defendant Boeing Company is  incorporated in Delaware.

iv.  Defendant Carlisle Interconnect Technologies, Inc. is incorporated in Delaware.

v.   Defendant Dexter Hysol Aerospace, LLC is incorporated in Delaware.

vi.  Defendant Hexcel Corporation .is incorporated in Delaware.

vii. Defendant Huntsman International, LLC is incorporated in Delaware.

viii. Defendant Metalclad Insulation LLC is incorporated in Delaware.

---

NOTICE OF REMOVAL                          Page 2            **Foley & Mansfield, PLLP**
                                                            999 Third Avenue
                                                            Suite 3760
                                                            Seattle, WA 98104
                                                            Telephone:  (206) 456-5360

ix.  Defendant Metropolitan Life Insurance Company is incorporated in Delaware.

x.  Defendant RSCC Wire & Cable LLC has no members that are in the state of Washington

xi.  Defendant Wyeth Holding LLC is incorporated in Maine.

xii.  Defendant Specialty Cable Corporation is incorporated in Connecticut

xiii.  Defendant Union Carbride Corporation is incorporated in New York.

c.        Plaintiffs allege defendants are responsible for personal injuries of Raymond LaPointe. Upon information and belief, more than $75,000, exclusive of interest and costs, is in controversy in this action.

4.    Removal of this case on the basis of diversity of citizenship is not precluded by the provisions of 28 U.S.C. § 1441(b) because none of the parties in interest properly joined and served as a defendant is a citizen of the State of Washington.

5.    This Notice of Removal is timely under 28 U.S.C. § 1446(b) because the sole Washington Defendant, Saberhagaen Holdings, Inc., was voluntarily dismissed by Plaintiffs' on May 3, 2018 when the Honorable Edmond Murphy signed "Order Granting Plaintiffs' Motion to Dismiss Saberhagen Holdings, Inc. with Prejudice and Without Costs of Fees." *See* Exhibit __.

6.  If a case is not initially removable, a notice of removal may be filed within 30 days after the defendant's receipt, through service or otherwise, of a copy of an amended pleading, motion, order, or other paper from which it first may be ascertained that the case is one that is or has become removable. 28 U.S.C. § 1446(b)(3). While the meanings of "pleading," "motion" and "order" seems clear, the definition of "other paper" has been the subject of litigation, and the courts are not always consistent in interpreting that term's meaning.

---

NOTICE OF REMOVAL                                Page 3                    **Foley & Mansfield, PLLP**
                                                                          999 Third Avenue
                                                                          Suite 3760
                                                                          Seattle, WA 98104
                                                                          Telephone:  (206) 456-5360

7.    This case is removable on the basis of diversity jurisdiction based on Plaintiffs' voluntary dismissal of Saberhagen Holdings, Inc.; as the sole Washington defendant, within one year of the commencement of the lawsuit and within thirty days of the May 3, 2018 Order of Dismissal of Saberhagen Holdings, Inc. and otherwise is timely filed under 28 U.S.C. § 1446 (b).

DATED THIS 1st day of June, 2018.

FOLEY & MANSFIELD, PLLP

/s/ Melissa Roeder
R. Dirk Bernhardt, WSBA, #33071
J. Scott Wood, WSBA, #41342
Melissa Roeder, WSBA, #30836
Attorneys for Defendant The Boeing Company

LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ Jason Daywitt
Jason Daywitt
Attorneys for Defendant BASF Corporation and
Dexter Hysol Aerospace, LLC

OGDON MURPHY WALLACE, P.L.L.C.

/s/ Jeff Dunbar
Jeff Dunabar
Attorneys for Defendant Hexcel Corporation

BULLIVANT HOUSER BAILEY PC

/s/ Lorianne Hanson
Lorianne Hanson
Attorneys for Defendant Metalclad Insulation LLC

WILLIAMS KASTNER & GIBBS PLLC

/s/ Dana C. Kopij
Dana C. Kopij
Attorneys for Defendant American Cyanamid
Company and Wyeth Holdings LLC

GORDON REES SCULLY MANSUKHANI, LLP

/s/ Molly McKay Williams
Molly McKay Williams
Attorneys for Defendant Carlisle Interconnect
technologies, Inc.

MILLER NASH GRAHAN & DUNN LLP

/s/ Kent Michael Fandel
Kent Michael Fandel
Attorneys for Defendant Huntsman International,
LLC

WILLIAMS KANSTER & GIBBS PLLC

/s/ David A. Shaw
David A. Shaw, WSBA, #08788
Attorneys for Defendant Specialty Cable
Corporation

NOTICE OF REMOVAL                    Page 4                    **Foley & Mansfield, PLLP**
                                                               999 Third Avenue
                                                               Suite 3760
                                                               Seattle, WA 98104
                                                               Telephone:  (206) 456-5360

1    WILSON SMITH COCHRAN DICKERSON          Gordon Rees Scully Mansukhani

2    */s/ Richard G. Gawlowski*                */s/ Mark B. Tuvim*
3    Richard G. Gawlowski                       Mark B. Tuvim, WSBA, #31909
     Attorneys for Defendant Metropolitan Life  Attorneys for Defendant Union Carbide
4                                               Corporation

5    Gordon Rees Scully Mansukhani

6    */s/ Mark B. Tuvim*
7    Mark B. Tuvim, WSBA, #31909
     Attorneys for Defendant Union Carbide
8    Corporation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

NOTICE OF REMOVAL                    Page 5        **Foley & Mansfield, PLLP**
                                                   999 Third Avenue
                                                   Suite 3760
                                                   Seattle, WA 98104
                                                   Telephone:  (206) 456-5360